## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Phyllis Hampton

                       Plaintiff,

v.

                                     Case No.: 1:25−cv−07808

                                     Honorable Joan B. Gottschall

Shoes West Distribution, LLC

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 26, 2025:

       MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to plaintiff's Notice of Voluntary Dismissal with Prejudice [17], this action is dismissed with prejudice, without costs or disbursements or attorneys' fees to any party. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.